# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                    Plaintiffs,<br><br>v.<br><br>BENIDORM, LLC, and DOES 1 through 10,<br><br>                    Defendants. | Case No.: 18-CV-627-JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 6) |

Presently before the Court is the Parties' Joint Motion for Dismissal, (ECF No. 6). The Parties have settled this matter and move to dismiss it with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, each party shall bear its own attorneys' fees and costs. The Clerk **SHALL** close the file.

     **IT IS SO ORDERED.**

Dated: July 12, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge